IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTATE OF DIANE HELEN RAYMOND, by the executor JOHN T. RAYMOND and JOHN T. RAYMOND, individually, | : <br> : <br> : <br> : <br> : |
| Plaintiffs, | :     CIVIL ACTION NO. 20-959 |
| v. | : <br> : |
| AMANDA R. LIEBERMAN, PA-C, ERRIN J. HOFFMAN, M.D., THE ALLENTOWN SPECIALTY HOSPITAL d/b/a GOOD SHEPERD SPECIALTY HOSPTIAL, LEHIGH VALLEY HOSPITAL, INC., JOHN DOES, and ABC CORPORATIONS, | : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

**ORDER**

**AND NOW**, this 26th day of June, 2020, the defendant, Lehigh Valley Hospital, Inc. ("LVH"), having filed a motion to dismiss the complaint (Doc. No. 16); and the defendants, Errin J. Hoffman, M.D. and Amanda R. Lieberman, PA-C, having filed two motions to dismiss the complaint (Doc. Nos. 17, 18); and LVH having also filed a motion for joinder (Doc. No. 19); and the plaintiffs having responded to the motions to dismiss the complaint by filing an amended complaint (Doc. No. 25); accordingly, it is hereby **ORDERED** that the motions to dismiss the original complaint (Doc. Nos. 16, 17, 18) and the motion for joinder (Doc. No. 19) are **DENIED AS MOOT**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.